■ NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, Appellant, v ALFRED HENICK, Respondent. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, Appellant-Respondent, v ROBERT S. BAILIN, Respondent-Appellant. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, Appellant, v STANLEY LAMPERT, Respondent. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, Appellant-Respondent, v MARK LEVY, Respondent-Appellant. NATIONAL UNION

FIRE INSURANCE COMPANY OF PITTSBURGH, Appellant-Respondent, v ROBERT MONTGOMERY, Respondent-Appellant. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, Appellant-Respondent, v RASNIDHI SHETH et al., Respondents-Appellants.—Order, Supreme Court, New York County (Edward J. Greenfield, J.), entered on August 15, 1991, unanimously affirmed for the reasons stated by Greenfield, J., without costs. No opinion. Concur—Sullivan, J. P., Carro, Rosenberger, Wallach and Smith, JJ.